UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.   2:89-cr-57-FtM-29DNF

RICHARD MORRISON
_____

**ORDER**

This matter comes before the Court on a limited remand from the Eleventh Circuit Court of Appeals dated January 18, 2012. The Eleventh Circuit remanded "so that the district court may consider whether such [Certificate of Appealability] is appropriate for any of the issues that Morrison seeks to raise on appeal." (See Attached.)

Defendant filed a Notice of Appeal (Doc. #161) from the undersigned's Order (Doc. #160) issued on April 4, 2011, denying his Emergency Jurisdictional Challenge (Doc. #159). As that Order stated, all of the issues in the Emergency Petition, including defendant's subject matter jurisdiction claims, have been considered and rejected in both the district court and the court of appeals. "A party that has had an opportunity to litigate the question of subject-matter jurisdiction may not, however, reopen that question in a collateral attack upon an adverse judgment. It has long been the rule that principles of res judicata apply to jurisdictional determinations—both subject matter and personal. See Chicot County Drainage Dist. v. Baxter State Bank, 308 U.S.

371, 60 S. Ct. 317, 84 L. Ed. 329 (1940); Stoll v. Gottlieb, 305 U.S. 165, 59 S. Ct. 134, 83 L. Ed. 104 (1938)." Ins. Corp. of Ireland, Ltd. v. Compagnie des Bauxites de Guinee, 456 U.S. 694, 702 n.9 (1982). See also Kontrick v. Ryan, 540 U.S. 443, 456 n.9 (2004)("Even subject-matter jurisdiction, however, may not be attacked collaterally.")

None of the issues raised in the Emergency Jurisdictional Challenge (Doc. #159) are such "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Accordingly, the Court denies a Certificate of Appealability.

Accordingly, it is now

**ORDERED**:

Defendant's request for issuance of a certificate of appealability, deemed included in his Notice of Appeal (Doc. #161), is **DENIED**. The Clerk shall transmit a copy of this Order to the Eleventh Circuit forthwith.

**DONE AND ORDERED** at Fort Myers, Florida, this __30th__ day of January, 2012.

_____
JOHN E. STEELE
United States District Judge

Copies:
Eleventh Circuit Court of Appeals
Counsel of Record
Richard Morrison